# United States Bankruptcy Court
## For the Southern District of West Virginia

IN RE:  JOSHUA ARON NEW and
TIFFANY DAWN NEW
Debtors

CASE NO. 2:10-20283
CHAPTER 7

## MOTION TO DETERMINE VENUE

Comes now the debtors by counsel and state:

1. Taking all parties interests into consideration, the most efficient and convenient forum for this case is the Huntington Division.

2. The debtors currently reside in West Hamlin, WV which is approximately 25 miles from Huntington, West Virginia.

3. Huntington WV is the most efficient and convenient forum for the creditors, the debtor, and the Court.

WHEREFORE, debtors PRAY that this case be assigned to the Huntington division of this Court and for such further relief as this Court may deem just.

DEBTOR/S BY COUNSEL,
SCOTT G. STAPLETON
Counsel for Debtor

Stapleton Law Offices

400 5th Ave
Huntington
WV 25701
(304) 529-1130